AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Hicks, Jr., S. Maurice | 2. Court or Organization<br><br>U.S. District Co., Western La. | 3. Date of Report<br><br>08/13/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>300 Fannin St. , Suite 5101<br>Shreveport, LA 71101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | S. Maurice Hicks, Jr., A Professional Law Corporation (Inactive) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2003 | Promissory Note executed by Craig O. Marcotte, LLC to S. Maurice Hicks, Jr. re: installment sale of law firm assets |
| 2. | |
| 3. | |

RECEIVED AUG 16 11 15 AM '06 FINANCIAL DISCLOSURE

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/13/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2004 | Business Income - S. Maurice Hicks, Jr. A Professional Law Corporation | $ 120000 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/13/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Sam M. Hicks | Gift of Cash ▓▓▓▓ | $ 12000.0 |
| 2. Estate if ▓▓▓▓▓▓ | Inheritance from ▓▓▓ Member | $ 41,250 |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Hibernia National Bank | Mortgage - Rental Property #1, Ruston, LA | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/13/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Hibernia National Bank Accounts | C | Interest | M | T | | | | | |
| 2. State Farm Life Insurance Co. Account | A | Interest | K | T | | | | | |
| 3. Northwestern Mutual Life Insurance Co. Account | A | Interest | K | T | | | | | |
| 4. Promissory Note - Sale of Law Firm Assets | G | Distribution | M | U | INSTALLMENT | 12/01 | M | G | CRAIG MARCOTTE |
| 5. Timber Land, Lincoln Parish, Louisiana - 1/1/96, $30,000 | | None | K | R | | | | | |
| 6. Ditech Communications Stock Morgan Keegan Brokerage Acct | | None | J | T | | | | | |
| 7. Hibernia National Bank Stock Common | A | Dividend | K | T | | | | | |
| 8. Youthstream Media Stock Common | | None | J | W | | | | | |
| 9. Rental Property #1, Ruston, LA - 07/03/01, $75,427 | D | Rent | L | R | | | | | |
| 10. IRA #1 Hibernia National Bank Stock Common | A | Dividend | | T | sell | 9/21 | L | D | |
| 11. IRA # 1 DGAGX Mutual Fund | A | Dividend | K | T | | | | | |
| 12. IRA # 1 FMAGX Mutual Fund | A | Dividend | K | U | | | | | |
| 13. IRA # 1 Hibernia Cash Reserve Fund | A | Interest | J | T | sell-partial | var | K | A | |
| 14. IRA # 2 C. D. Hibernia | A | Interest | | T | sell | 1/26 | K | A | |
| 15. IRA # 3 C. D. Hibernia | A | Interest | | U | sell | 1/26 | K | A | |
| 16. BEA Systems Stock Common | | None | J | T | | | | | |
| 17. Reliant Resources Stock Common/Centerpoint Energy | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/13/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. VAC Federal Credit Union | A | Interest | J | T | | | | | |
| 19. Access Integrated Technologies Common | A | Dividends | J | T | sell | 06/21 | J | B | |
| 20. Barksdale Federal Credit Union | A | Interest | K | T | | | | | |
| 21. Red River Syndicate LP | A | Dividend | K | U | | | | | |
| 22. IRA #1 Bank of America Common | A | Dividend | J | T | partial sell | 04/01 | J | A | |
| 23. IRA #1 Capital Automotive REIT Common | A | Dividends | J | T | sell | 3/31 | J | A | |
| 24. IRA #1 Coach Inc. Common | A | Dividends | J | T | buy/sell | 04/05 | J | A | |
| 25. IRA #1 Energysouth Common | A | Dividend | J | T | sell | 03/07 | J | A | |
| 26. IRA #1 Martin Midstream Partners LTD | A | Dividend | J | T | | | | | |
| 27. Janney, Montgomery Scott Brokerage Account - Cash | A | Interest | K | T | | | | | |
| 28. I2 Technologies Stock Common | | None | J | T | | | | | |
| 29. Lexar Media Stock Common | | None | J | T | | | | | |
| 30. IRA #1 Applied Digital SLTN Common | | None | | | buy/sell | 1/19 | J | A | |
| 31. IRA # 1 Digital Angel Corp Common | | None | | | buy/sell | 1/19 | J | A | |
| 32. IRA #1 Encana Corp | A | Dividend | K | T | buy | 03/07 | J | | |
| 33. IRA #1 Qualcomm | A | Dividend | J | T | sell | 06/27 | J | A | |
| 34. IRA #1 Sun Microsystems Common | A | Dividend | J | T | partial sel | 11/02 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/13/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. IRA #1 Identix Corporation | | None | | T | buy/sell | 03/22 | J | A | |
| 36. IRA #1 Canadian Oil Sands | A | Dividend | J | T | buy | 01/27 | J | | |
| 37. IRA #1 XTO Energy | A | Dividend | J | T | buy | 02/01 | J | | |
| 38. IRA #1 Valera Energy | A | Dividend | J | T | buy | 03/09 | J | | |
| 39. IRA #1 Cree Inc | A | Dividend | J | T | buy | 03/31 | J | | |
| 40. IRA #1 Cheetah Oil and Gas | A | Dividend | J | T | buy/sell | 03/31 | J | A | |
| 41. IRA #1 Top Tankers Inc. | A | Dividend | J | T | buy/sell | 03/31 | J | A | |
| 42. IRA #1 Plains Exploration and Production | A | Dividend | J | T | buysell | 03/31 | J | A | |
| 43. IRA #1 Omnivision Technologies | A | Dividend | J | T | buy | 03/31 | J | | |
| 44. IRA #1 Conoco Phillips | A | Dividend | J | T | buy | 07/21 | J | | |
| 45. IRA #1 Fording CDN Coal | A | Dividend | K | T | buy | 09/12 | K | | |
| 46. IRA #1 Ultra Petroleum | A | Dividend | J | T | buy | 09/30 | J | | |
| 47. IRA #1 Kinder Morgan | A | Dividend | J | T | buy | 09/30 | J | | |
| 48. IRA #1 Grey Wolf | A | Dividend | J | T | buy | 09/30 | J | | |
| 49. IRA #1 Express Scripts | A | Dividend | J | T | buy | 09/30 | J | | |
| 50. IRA #1 TEVA Pharmaceutical | A | Dividend | J | T | buy | 10/04 | J | | |
| 51. IRA #1 Intellisync Corp | A | Dividend | J | T | buy/sell | 10/04 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/13/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. IRA #1 Bebe Stores | A | Dividend | J | T | buy/sell | 10/04 | J | A | |
| 53. IRA #1 Barr Laboratories | A | Dividend | J | T | buy | 10/04 | J | | |
| 54. IRA #1 Capstone Turbine | A | Dividend | J | T | buy | 11/02 | J | | |
| 55. IRA #1 Navteq | A | Dividend | J | T | buy/sell | 11/02 | J | A | |
| 56. IRA #1 JDS Uniphase | A | Dividend | J | T | buy | 11/02 | J | | |
| 57. IRA #1 Genentech | A | Dividend | J | T | buy | 11/02 | J | | |
| 58. IRA #1 Hansen Natural | A | Dividend | J | T | buy | 12/06 | J | | |
| 59. IRA #1 EnergySouth | A | Dividend | J | T | buy | 12/21 | J | | |
| 60. IRA #1 Toreador Res | A | Dividend | J | T | buy | 12/22 | J | | |
| 61. IRA #1 Entrada Networks | | | J | T | spinoff | 02/01 | J | | |
| 62. IRA #1 Globalnet | | | J | T | spinoff | 02/01 | J | | |
| 63. Cisco Systems | A | Dividend | J | T | buy | 02/09 | J | | |
| 64. ING GLBL EQTY Div & Prem | A | Dividend | J | T | buy | 03/29 | J | | |
| 65. Liberty Bell Bank Cherry | A | Dividend | J | T | buy | 04/22 | J | | |
| 66. NFJ Dividend Interest | A | Dividend | J | T | buy | 02/24 | J | | |
| 67. Pfizer Inc | A | Dividend | J | T | buy/sell | 02/09 | J | A | |
| 68. Vkipox-30 index | A | Dividend | J | T | buy | 07/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/13/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. VK Sel Turn Foc 04 | A | Dividend | J | T | buy/sell | 07/26 | J | A | |
| 70. VK Sel Turn 05 Rein | A | Dividend | K | T | buy | 10/05 | K | | |
| 71. Sanmina SCI | A | Dividend | J | T | buy/sell | 01/13 | J | A | |
| 72. Symbol Tech | A | Dividend | J | T | buy/sell | 05/04 | J | A | |
| 73. Tibco software | A | Dividend | J | T | buy/sell | 01/18 | J | A | |
| 74. Biosante Pharm | A | Dividend | J | T | buy | 01/01 | J | | |
| 75. Cabelas | A | Dividend | J | T | buy | 01/01 | J | | |
| 76. Future Link Copr | A | Dividend | J | T | buy | 01/01 | J | | |
| 77. Sun Microsystems | A | Dividend | J | T | buy | 01/01 | J | | |
| 78. WSR Energy Resources | A | Dividend | J | T | buy | 01/01 | J | | |
| 79. Giant Studios | A | Dividend | J | T | buy | 01/01 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/13/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____  Date  8/15/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544